# EXHIBIT F





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

In re REZULIN LITIGATION

DIANE SKINNER; and DIANE YBARRA,

Plaintiffs,

v.

WARNER-LAMBERT CO.; PFIZER INC.;
JERROLD OLEFSKY; McKESSON CORP.,
et al.

Defendants.

CASE NO. CV 03-1643-R(RZx)

[PROPOSED] ORDER
DENYING PLAINTIFFS'
MOTION FOR REMAND

Defendants removed this action from state court to this Court alleging diversity jurisdiction. Defendants asserted that Jerrold Olefsky and McKesson Corp., both of whom are California residents, were fraudulently joined. Plaintiffs moved to remand to state court. The motions came on for hearing by the Court on April 21, 2003.

Having considered the motions and other documents in support of and in opposition to the motions, having heard the arguments of counsel, and being fully advised in the matter, the Court denies the motion.

The Court finds that Dr. Jerrold Olefsky ("Dr. Olefsky"), a patent-holder and clinical investigator, owed no legal duty to any of the plaintiffs, and, therefore, there is no possibility that the plaintiffs can prove a cause of action against Dr. Olefsky. Thus, Dr. Olefsky must be disregarded for purposes of determining federal diversity jurisdiction.

1

23104767.WPD                    [PROPOSED] ORDER

Exhibit B Page 18

1    The Court further finds that there is no possibility that plaintiffs could prove a

2    cause of action against McKesson, an entity which distributed this FDA-approved

3    medication to pharmacists in California.  Pursuant to comment k of the Restatement

4    (Second) of Torts Section 402A and California law following comment k, a

5    distributor of a prescription drug is not subject to strict liability.

6        Accordingly, this Court has diversity jurisdiction over each of these actions.

7    The motion to remand is denied.

8        IT IS SO ORDERED.

9    Dated: April 28, 2003

                                    MANUEL L. REAL

10

11                                  MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE

12

13   Submitted by:

14   O'DONNELL & SHAEFFER LLP
     633 West Fifth Street, Suite 1700
15   Los Angeles, California 90071
     Telephone:  (213) 532-2000
     Facsimile:   (213) 532-2020

16

17   KAYE SCHOLER LLP
     1999 Avenue of the Stars
18   Los Angeles, California 90067
     Telephone:  (310) 788-1000
     Facsimile:   (310) 788-1200

19

20   By: Robert Barnes
         Robert Barnes
     Attorneys for Defendants
21   WARNER-LAMBERT COMPANY and PFIZER INC.

22

23

24

25

26

27

28

KAYE SCHOLER LLP

                            2

23104767.WPD              [PROPOSED] ORDER

                                    Exhibit B Page 19